**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CORNWALL-LEBANON SCHOOL DISTRICT, | : | No. 139 MAL 2017 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CORNWALL-LEBANON EDUCATION ASSOCIATION, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.